## CORINE CARR *v.* CONNEX CREDIT UNION

The plaintiff's petition for certification for appeal from the Appellate Court, 122 Conn. App. 901 (AC 31153), is denied.

*Corine Carr*, pro se, in support of the petition.

Decided September 29, 2010

## IN RE KAMARI C-L. ET AL.

The petition by the minor children for certification for appeal from the Appellate Court, 122 Conn. App. 815 (AC 31327), is denied.

NORCOTT and EVELEIGH, Js., did not participate in the consideration of or decision on this petition.

*Inez M. Diaz-Galloza*, in support of the petition.

*Cynthia Mahon*, assistant attorney general, in opposition.

Decided September 29, 2010

## STATE OF CONNECTICUT *v.* GREGORY S. SEEKINS

The defendant's petition for certification for appeal from the Appellate Court, 123 Conn. App. 220 (AC 28830), is denied.

*Carlos E. Candal*, special public defender, in support of the petition.

*Melissa Patterson*, deputy assistant state's attorney, in opposition.

Decided September 29, 2010